JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRICA CHAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PYRAMID LQR MANAGEMENT, L.P., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23−cv−05770−CAS−RAOx<br><br>*Assigned to Hon. Christina A. Snyder*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION**<br><br>Action Removed: July 17, 2023<br>Action Filed: June 6, 2023 |

## **ORDER**

The Court, having read and considered the Parties' Stipulation to Remand Removed Action, and good cause appearing therefor, hereby orders as follows:

1. This Action shall be remanded to the Superior Court, where the Action was first filed where (1) Plaintiff will dismiss her current complaint and file a first amended complaint that contains a sole claim under PAGA, and that the contemplated PAGA claim will be predicated on the same alleged conduct by Defendant that forms the basis of Plaintiff's current, operative complaint and nothing else; (2) to the extent that the Superior Court requires Plaintiff to seek leave to amend, Defendant agrees it will not oppose any motion seeking leave filed by Plaintiff; (3) after Plaintiff files her contemplated first amended

complaint, she agrees to submit her individual wage and hour claims, including individual PAGA claim to binding arbitration, in accordance with the terms set forth in the arbitration agreement signed by Plaintiff at the commencement of her employment with Defendant; and (4) after Plaintiff submits her individual claims to binding arbitration, the Parties agree to execute a joint stipulation seeking a stay of the Action in Superior Court until the resolution of arbitration.

2. In the event that the Superior Court does not permit Plaintiff to file an amended complaint as predicated by this stipulation, or if Plaintiff fails to file an amended complaint as predicated by this stipulation, or if Plaintiff fails to submit her individual claims to binding arbitration, or if Plaintiff refuses to execute a stay of her representative PAGA claims until the conclusion of individual arbitration, or the Los Angeles Superior Court refuses to grant the Stay, the Parties will revert to their respective status as of the date and time immediately prior to the execution of this stipulation as if the Parties had never stipulated to remand the Action to state court.  The Parties further stipulate that, in that event, the Action may be reactivated in the United States District Court, Central District of California, by joint stipulation or noticed motion by either party, and the Parties hereby stipulate to the jurisdiction of this Court for that purpose.

IT IS SO ORDERED.

Dated: <u>November 15, 2023</u>

_____
The Honorable Christina A. Snyder